RECEIVED
MAY 25 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISRICT OF RHODE ISLAND

H & H INTERNET, N.V., a Netherlands corporation

v. C.A. No. 04-324L

P.S.W., INC., a Rhode Island corporation, d/b/a PSW BILLING;

and JOHN LOMBARDI, individually

**STIPULATION**

The parties agree that the time for the defendant's to answer the Complaint is extended to and including June 2, 2005.

Plaintiff, by its attorneys,

Mark C. Hadden 5-23-05

Mark C. Hadden
RI Bar # 3101
Law Office of Mark C. Hadden
68 Kennedy Plaza Suite 3
Providence, RI 02903
401-274-0909
(f) 401-274-5455

Defendants, by their attorneys,

Matthew J. Leonard

Matthew J. Leonard
RI Bar # 6297
Salter McGowan Sylvia & Leonard, Inc.
321 South Main St.
The Heritage Building
Providence, RI 02903
401-274-0300
(f) 401-453-0073

Enter: Ronald R. Lagueux
Sr. USDJ 6/1/05