**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| H&H INTERNET, N.V., a Netherlands corporation | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 04-324-L |
| P.S.W., a Rhode Island corporation, et al | ) | |
| Defendants. | ) | |

## MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE

Plaintiff H&H Internet ("H&H") hereby moves that the following counsel:

**Michael Jason Lee**
Law Offices of Michael Jason Lee
California Bar # 206110
15281 Normandie Avenue
Irvine, CA 92604
949-551-1575
FAX 949-551-1590

be admitted pro hac vice in the above case as associate trial counsel with local associate trial counsel identified below. As grounds for this motion, H&H states that the present litigation involves complex issues of law, including web/internet commercial transactions and related national and international banking transactions in which pro hac vice counsel specializes. In addition, Mr. Lee has a long-standing relationship with the client, H&H. In the last 24 months, Mr. Lee has not been admitted as counsel pro hac vice in the District of Rhode Island. Mr. Lee's signed Attorney's Certification is attached.

WHEREFORE, plaintiff requests that this motion for admission pro hac vice be granted.

Respectfully submitted,

H&H INTERNET, N.V.
By its counsel,

Mark C. Hadden, #3101
Law Office of Mark C. Hadden
68 Kennedy Plaza Suite 3
Providence, R.I. 02903
401-274-0909
FAX 401-274-5455

Dated: August 15, 2005

CERTIFICATION

I certify that a copy of the within pleading was forwarded to the counsel below, first class mail, postage prepaid, on the 16th day of August, 2005.

Matthew J. Leonard
Salter McGowan Sylvia & Leonard, Inc.
321 South Main St.
The Heritage Building
Providence, RI 02903

David Paul Steiner
David Steiner & Associates, PLC
1925 Century Park East, Suite 2350
Los Angeles, CA 90067

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of California and of the following Federal District Court and/or Court of Appeals Bar(s) Eastern, Northern, Southern & Western Dist. of CA, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

Michael Jason Lee
Name

Law Offices of Michael Jason Lee, APLC
Firm Name

15281 Normandie Avenue
Business Address
Irvine, CA 92604

(949) 551-1575 Tel. #
(949) 551-1590 Fax #

Mark C. Hadden
Local Associate Counsel

310
R.I. Bar ID #

Law Office of Mark C. Hadden
Firm Name

68 Kennedy Plaza, Suite 3
Business Address
Providence, Rhode Island 02903

(401) 274-0909 Tel. #
(401) 274-5455 Fax #

---

**Order :** This motion is hereby __________________.

____________________
U.S. District Judge
Date: __________________

pro hac vice motion (rev.3/05)