**UNITED STATES DISTRICT COURT**
**FOR THE STATE OF RHODE ISLAND**

| | | |
|---|---|---|
| H&H INTERNET, N.V., a Netherlands corporation, | ) | |
| v. | ) | Case No.: 04-324-L |
| P.S.W., INC., a Rhode Island corporation, d/b/a PSW BILLING; and JOHN LOMBARDI, individually, | ) | |

**DEFENDANT'S P.S.W., INC. and JOHN LOMBARDI JOINT RESPONSE TO PLAINTIFF H&H INTERNET, N.V.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT P.S.W., INC.'S DISCOVERY REQUEST**

Defendants P.S.W., Inc. and John Lombardi hereby jointly respond to Plaintiff's Motion for Extension of Time to Respond To Defendant P.S.W., Inc.'s Discovery Request as follows:

On September 22, 2005, Defendants P.S.W., Inc. and John Lombardi served discovery on Plaintiff by mail. Plaintiff failed to serve either responses or objections by the October 22, 2005 due date. Defendants' counsel Matthew Leonard sent a meet and confer letter on October 27, 2005, stating that objections were waived, but that Defendant would be willing to forestall filing a motion to compel if Plaintiff agreed to provide full responses and production at the "earliest possible moment...but no less than one (1) week prior to the [upcoming settlement] conference."[1]

1 The Mandatory Settlement Conference was originally scheduled before Magistrate Judge Lovegreen for November 16, 2005 but has since, been rescheduled to December 15, 2005.

Plaintiff states that the reason for the delay in responding is that they are engaged in other litigation and are having difficulty procuring responses. The only reason that Plaintiff can have for filing this motion is to ask the Court to somehow undo the waiver of objections without making any showing of good cause. Waiver cannot be undone in this manner. *See, generally,* Davis v. Fendler, 650 F2d 1154, 1160 (9th Cir. 1981); Starlight Int'l, Inc. v. Herlihy 181 FRD 494, 497 (D KS 1998) (mistake in calendaring deadline for objections was not good cause for relief from waiver); Coregis Ins. Co. v. Baratta & Fenerty, Ltd., 187 FRD 528, 529 (ED PA 1999); Pulsecard, Inc. v. Discover Card Services, Inc., 168 FRD 295, 303 (D.Kan.1996).

In conclusion, Defendants P.S.W., Inc. and Lombardi continue to maintain that it does not oppose Plaintiff's late responses, so long as they are complete, non-evasive, and without objections.

Dated: November 11, 2005

Attorneys for Defendants PSW, Inc. and
John Lombardi

MATTHEW J. LEONARD (#6297)
Salter McGowan Sylvia & Leonard, Inc.
The Heritage Building
321 South Main Street
Providence, Rhode Island 02903
Telephone: (401) 274-0300
Facsimile: (401) 453-0073

DAVID PAUL STEINER, Pro Hoc Vice approved
CA State Bar # 064638
David Steiner & Associates, a PLC
1925 Century Park East, Suite 2350
Los Angeles, CA 90067
Telephone: (310) 557-8422
Facsimile: (310) 556-033

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have, on this date, served a copy of Defendant P.S.W., Inc. and John Lombardi Joint Response To Plaintiff H&H Internet, N.V.'s Motion For Extension of Time To Respond To Defendant P.S.W., Inc.'s Discovery Request on the persons listed below by first-class mail, postage prepaid.

Mark C. Hadden, Esq.
Law Offices of Mark C. Hadden
68 Kennedy Plaza, Suite 3
Providence, RI 02903

Michael Jason Lee, Esq.
Law Offices of Michael Jason Lee
15281 Normandie Avenue
Irvine, CA 92604

Date: November 11, 2005