UNITED STATES DISTRICT COURT
FOR THE DISRICT OF RHODE ISLAND

FILED
NOV 2 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

H & H INTERNET, N.V., a Netherlands corporation

v. C.A. No. 04-324L

P.S.W., INC., a Rhode Island corporation, d/b/a PSW BILLING;

and JOHN LOMBARDI, individually

ORAL ARGUMENT AND

CONFERENCE REQUESTED

**PLAINTIFF H&H's MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT PSW'S DISCOVERY REQUESTS**

Plaintiff H&H moves for an extension of time to file its responses to defendant PSW's First Set of Interrogatories to Plaintiff and First Set of Requests for Production to Plaintiff. In support of this motion, H&H states that California counsel, who is the client contact with the client, who is located in the Netherlands (Europe), has been engaged in other litigation matters of dire importance, and has had difficulty coordinating responses with the overseas client. Attempts to arrange for an appropriate stipulation has been unsuccessful, despite prior such agreements favorable to PSW in the past. Accordingly, H&H is now compelled to file this motion. It is expected that H&H will be able to file its responses next week (week of 11-7-05).

WHEREFORE, H&H requests that its motion for extension of time be granted.

Plaintiff, by its attorneys,

Mark C. Hadden RI Bar # 3101
Law Office of Mark C. Hadden
68 Kennedy Plaza Suite 3
Providence, RI 02903
401-274-0909 (f) 401-274-5455

☐ Referred to U.S.M.J. Gilmore
☐ for findings & accommendations
☒ ~~for~~ determination
☐ ____________
Ronald R. Lagueux, Senior U.S. District Judge
Date: 11-15-05

11/15/05: GRANTED WITHOUT PREJUDICE TO DEFENDANT PSW EXERCISING ITS RIGHTS UNDER FRCP 37 (including its argument that Plaintiff has waived objections) after reviewing Plaintiff's discovery responses.