**UNITED STATES DISTRICT COURT**
**FOR THE STATE OF RHODE ISLAND**

| | | |
|---|---|---|
| H&H INTERNET, N.V., a Netherlands corporation,<br><br>v.<br><br>P.S.W., INC., a Rhode Island corporation, d/b/a PSW BILLING; and JOHN LOMBARDI, individually, | ) | Case No.: 04-324-L |

**PLAINTIFF AND DEFENDANTS' JOINT MOTION TO MODIFY DISCOVERY CLOSURE UNDER THE PRETRIAL ORDER**

NOW COME H&H Internet, N.V. ("Plaintiff") and PSW, Inc. and John Lombardi (collectively "Defendants"), by and through their counsel of record, and move this Honorable Court, by and through agreement of the parties, to modify the PRETRIAL ORDER dated July 14, 2005 as follows:

1. All pretrial discovery shall be completed by March 7, 2006.

2. Pretrial memorandum shall be presented by April 4, 2006.

All other provisions of the PRETRIAL ORDER shall remain in full force and effect.

In support of this motion, the parties submit the attached memorandum.

DATED: December 8, 2005

Plaintiff, by its attorneys,

[signature]

Mark C. Hadden (RI Bar # 3101)
Law Office of Mark C. Hadden
68 Kennedy Plaza Suite 3
Providence, RI 02903
401-274-0909
(f) 401-274-5455

Defendants, by their attorneys,

MATTHEW J. LEONARD (RI State Bar # 6297)
Salter McGowan Sylvia & Leonard, Inc.
The Heritage Building
321 South Main Street
Providence, Rhode Island 02903
Telephone: (401) 274-0300
Facsimile: (401) 453-0073

DAVID PAUL STEINER, Pro Hac Vice approved
CA State Bar # 064638
David Steiner & Associates, a PLC
1925 Century Park East, Suite 2350
Los Angeles, CA 90067
Telephone: (310) 557-8422
Facsimile: (310) 556-0336