**UNITED STATES DISTRICT COURT**
**FOR THE STATE OF RHODE ISLAND**

| | | |
|---|---|---|
| H&H INTERNET, N.V., a Netherlands corporation, | ) | |
| v. | ) | Case No.: 04-324-L |
| P.S.W., INC., a Rhode Island corporation, d/b/a PSW BILLING; and JOHN LOMBARDI, individually, | ) | |

**PLAINTIFF AND DEFENDANTS' JOINT MOTION TO MODIFY DISCOVERY CLOSURE UNDER THE PRETRIAL ORDER**

NOW COME H&H Internet, N.V. ("Plaintiff") and PSW, Inc. and John Lombardi (collectively "Defendants"), by and through their counsel of record, and move this Honorable Court, by and through agreement of the parties, to modify the PRETRIAL ORDER dated July 14, 2005 as follows:

1. All pretrial discovery shall be completed by March 7, 2006.

2. Pretrial memorandum shall be presented by April 4, 2006.

All other provisions of the PRETRIAL ORDER shall remain in full force and effect.

In support of this motion, the parties submit the attached memorandum.

DATED: December 8, 2005

Plaintiff, by its attorneys,

[signature]

Mark C. Hadden (RI Bar # 3101)
Law Office of Mark C. Hadden
68 Kennedy Plaza Suite 3
Providence, RI 02903
401-274-0909
(f) 401-274-5455

Granted:
Ronald R. Lagueux
Sr. USDJ 12/13/05



C:\DOCUMENTS AND SETTINGS\MLEONARD\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK1776\HH PLEAD MOTION TO MODIFY PRETRIAL ORDER RE DISC1.DOC