**UNITED STATES DISTRICT COURT**
**FOR THE STATE OF RHODE ISLAND**

H&H INTERNET, N.V., a Netherlands corporation,

v.

P.S.W., INC., a Rhode Island corporation, d/b/a PSW BILLING; and JOHN LOMBARDI, individually,

Case No.: 04-324-L

## SEPARATE STATEMENT OF UNDISPUTED FACTS

Defendants PSW, Inc. and John Lombardi hereby submit their Separate Statement of Undisputed Facts:

| | Undisputed Fact | Evidentiary Support |
|---|---|---|
| 1 | PSW, Inc. is a properly formed and maintained Rhode Island corporation. | Lombardi affd., ¶2 and Exh. M (Resp. to Interrogatory No.15). |
| 2 | John Lombardi is the sole stockholder, director and officer of PSW, Inc., and was so during all times at issue in this action. | Lombardi affd., ¶2. |
| 3 | Any actions alleged in the First Amended Complaint were taken by Lombardi in his capacity as an officer of PSW. | Lombardi affd., ¶2. |

| | | |
|---|---|---|
| 4 | PSW does not maintain, and has never maintained, segregated bank accounts for its customers. All of PSW's cashflow is commingled before allocation. The account numbers assigned to H&H are for internal allocation purposes only. | Lombardi affd., ¶3. |
| 5 | H&H signed a written processing agreement with PSW, Inc. on November 9, 2001 (the "Agreement"), which is integrated and may only be modified in a signed writing. | Lombardi affd., ¶¶4, 6 and Exh. A, ¶¶18-19. |
| 6 | Lombardi is not a party to the written Agreement. | Lombardi affd., ¶4 and Exh. A. |
| 7 | Nothing in the Agreement requires PSW to maintain segregated bank accounts for its customers. | Lombardi affd., ¶4 and Exh. A. |
| 8 | Nothing in the Agreement's terms requires PSW to sue Credit Card Service Companies. | Lombardi affd., ¶4 and Exh. A. |
| 9 | Nothing in the Agreement's terms requires PSW to inform H&H of the status of its litigation efforts to recover withheld funds from Credit Card Service Companies. | Lombardi affd., ¶4 and Exh. A. |

| | | |
|---|---|---|
| 10 | Pursuant to the Agreement, PSW is only obligated to pay H&H when money is received from the Credit Card Service Company that processed H&H's transaction. | Lombardi affd., ¶4 and Exh. A, ¶6. |
| 11 | At the outset of the relationship, H&H's Visa transactions were processed by PSW through ECB. | Lombardi aff'd., ¶7. |
| 12 | At the outset of the relationship, H&H's Mastercard transactions were processed by PSW through First Data Merchant Services Corporation. | Lombardi aff'd., ¶7. |
| 13 | ECB ceased processing transactions on July 28, 2003. | Lombardi affd., ¶7. |
| 14 | After being contact by Lombardi prior to August 1, 2003, H&H immediately agreed to transfer its Visa processing to eSHAX.com and Deutche Bank. | Lombardi affd., ¶8. |
| 15 | The August 1, 2003 Notice to all clients was true, and concerned opinion and future events, not present facts. | FAC ¶14(a); Lombardi affd., ¶9 and Exh. B. |

| | | |
|---|---|---|
| 16 | The August 3, 6 and 26, 2003 postings cannot be attributed to PSW or Lombardi. They were made by low-level employee Matthew Gardner without authorization and contrary to company policy. In any case, the August 6 posting clarified any confusion about the August 3 posting. After the August 26, 2003 posting, Lombardi learned of Gardner's actions and put a stop to them. | FAC ¶14(e); Lombardi affd., ¶¶10, 12 and Exhs. C, D, F. |
| 17 | The August 3 and 6, 2003 postings concern future events. | Lombardi affd., ¶10 and Exhs. C, D. |
| 18 | H&H did not take any actions in reliance on the August postings. | Lombardi affd., ¶10. |
| 19 | The August 6, 2003 Notice to all clients was accurate to the best of PSW's then knowledge, and concerned future events, not present facts. | FAC ¶14(b); Lombardi affd., ¶11 and Exh. E. |
| 20 | At the time of the August 6, 2003 Notice, Lombardi believed that ECB had been holding some of H&H's money. | Lombard affd., ¶11. |

| | | |
|---|---|---|
| 21 | The September 9, 2003 and November 12, 2003 independently-published articles are not false, nor contain representations made to H&H. | FAC ¶¶14(c)(1)-(2); Lombardi affd., ¶¶13, 17 and Exhs. G, H. |
| 22 | The September 9, 2003 and November 12, 2003 independently-published articles concern future events, not present facts. | FAC ¶¶14(c)(1)-(2); Lombardi affd., ¶¶13, 17 and Exhs. G, H. |
| 23 | The September 9, 2003 and November 12 independently-published articles put H&H on notice of a dispute between PSW and Visa and Mastercard. | FAC ¶¶14(c)(1)-(2); Lombardi affd., ¶¶13, 17 and Exhs. G, H. |
| 24 | First Data ceased processing for PSW on September 26, 2003. | Lombardi affd., ¶14. |
| 25 | After First Data ceased processing for PSW, H&H agreed to have all of its processing through PSW done by eSHAX.com | Lombardi affd., ¶14. |
| 26 | PSW began immediately contacting legal counsel about pursuing claims against First Data. | Lombardi aff'd, ¶15. |

| | | |
|---|---|---|
| 27 | PSW sued ECB on September 30, 2003. Settlement discussions began almost immediately and the case settled on or about December 15, 2003. | Lombard aff'd, ¶¶16, 22. |
| 28 | The November 13 and 16, 2003 emails to LePoutre are not false. | FAC ¶¶19(a)-(b); Lombardi affd., ¶18 and Exh. I. |
| 29 | The November 13 and 16, 2003 emails to LePoutre concern future events, not present facts. | FAC ¶¶19(a)-(b); Lombardi affd., ¶18 and Exh. I. |
| 30 | At the time of the November 13 and 16, 2003 emails, Lombardi believed that ECB had been holding some of H&H's money. | Lombard affd., ¶18. |
| 31 | eSHAX.com ceased processing on November 27, 2003, when Deutche Bank withheld all monies. | Lombard affd., ¶19. |
| 32 | PSW ceased processing for H&H and all clients on November 27, 2003. | Lombard affd., ¶19. |
| 33 | The November 27, 2003 Notice is true,. | FAC ¶¶15 and 18(a)-(e); Lombardi affd., ¶20 and Exh. J. |
| 34 | The November 27, 2003 Notice concerns future events, not present facts. | FAC ¶¶15 and 18(a)-(e); Lombardi affd., ¶20 and Exh. J. |

| | | |
|---|---|---|
| 35 | The December 9, 2003 telephone call concerns future events, not present facts. | FAC ¶19(c); Lombardi affd., ¶21. |
| 36 | At the time of the December 9, call, Lombardi believed that ECB had been holding some of H&H's money. | Lombard affd., ¶21. |
| 37 | H&H was not owed any money pertaining to ECB-processed transactions when the PSW/ECB settlement was reached on or about December 15, 2003. | Lombard affd., ¶¶22 and Exh. O; Perreault affd., ¶2. |
| 38 | H&H retained a collections expert as of January 8, 2004. | FAC ¶20; Lombardi affd., ¶25 and Exh. K. |
| 39 | From January 8, 2004, onward, the parties were in an adversarial posture, making any claim of reliance on subsequent statements implausible. | FAC ¶19(e); Lombardi affd., ¶25 and Exh. L. |
| 40 | It was not until in or around late January 2004 that Lombardi first learned that ECB had not, in fact, been withholding funds pertaining to H&H. | Lombardi affd., ¶¶25-26. |
| 41 | After nine months of discussions between PSW's counsel and First Data, the case against First Data was filed on August 16, 2004. | Lombardi affd., ¶23. |

| | | |
|---|---|---|
| 42 | $1,998.33 of H&H's money is still being withheld by First Data. It has not been received by PSW. | Lombardi affd., ¶¶14, 26 and Exh. O; Perreault affd., ¶2. |
| 43 | $84,523.83 of H&H's money is still being withheld by Deutche Bank, with whom PSW is not in privity. eSHAX.com is known to have little if any assets. It has not been received by PSW. | Lombardi affd., ¶¶19, 24 and Exh. O; Perreault affd., ¶2. |
| 44 | PSW does not possess, and has never possessed or utilized, money from H&H's transactions processed by First Data or Eshax, other than monies already remitted. | Lombardi affd., ¶14, 19; Perreault affd., ¶2 and Exh. O. |
| 45 | PSW has not used H&H's money to pursue its lawsuit against First Data *et al.* | Lombardi affd., ¶23. |
| 46 | Lombardi denies doing anything other than trying to get H&H its money. | Lombardi affd., ¶26. |
| 47 | PSW filed two federal lawsuits to recover H&H's money. | Lombardi affd., ¶¶16, 23. |
| 48 | Lombardi has never agreed to be personally bound by the Agreement or entered into an oral agreement with H&H in his personal capacity. | Lombardi affd., ¶4. |

| | | |
|---|---|---|
| 49 | H&H's damages are limited by paragraph 11 of the Agreement. | Lombardi affd., ¶4 and Exh. A ¶11. |
| 50 | The AVN Online article about "honesty" was posted in 2002, and it concerns opinion and is not false. | FAC ¶14(d); Lombardi affd., ¶5 and Exh. P. |
| 51 | Though unauthorized to do so, on August 8, 2003, Gardner warned all clients that PSW's future stability was not guaranteed and recommended diversification. | Lombard affd., ¶12 and Exh. F. |

Dated: January 27, 2005

DAVID PAUL STEINER
CA State Bar #064638
David Steiner & Associates, a PLC
1925 Century Park East, Suite 2350
Los Angeles, CA 90067
Telephone: (310) 557-8422
Facsimile: (310) 556-0336

MATTHEW J. LEONARD
RI State Bar #6297
Salter McGowan Sylvia & Leonard, Inc.
The Heritage Building
321 South Main Street
Providence, Rhode Island 02903
Telephone: (401) 274-0300
Facsimile: (401) 453-0073

Attorneys for Defendant PSW, Inc. and John Lombardi