**UNITED STATES DISTRICT COURT**
**FOR THE STATE OF RHODE ISLAND**

H&H INTERNET, N.V., a Netherlands corporation,

v.

P.S.W., INC., a Rhode Island corporation, d/b/a PSW BILLING; and JOHN LOMBARDI, individually,

Case No.: 04-324-L

**AFFIDAVIT OF MICHAEL G. PERREAULT, CPA**

I, Michael G. Perreault, do hereby declare:

1. I am a CPA and the principal of Perreault & Company, Ltd., accountants for defendant PSW, Inc. I make this declaration of my own personal knowledge, and could and would testify as to the matters contained herein under oath.

2. Among my duties for PSW was the sending of funds via wire transmission to H&H Internet NV. I was provided with the three spreadsheets attached to John Lombardi's affidavit as Exhibit O, which set forth all of the data relevant to PSW's processing of transactions for H&H Internet NV from November 2001 through July 2003. Based upon that information, as well as other records provided to me in the course of business, I have calculated that First Data currently owes PSW, Inc. at least $1,600,000, of which $1,998.33 pertains to H&H processing, and that Deutsche Bank and/or eSHAX.com owed PSW, Inc. at least $210,000, of which $84,523.83 pertains to H&H processing. Based on that information, I consider the following to be accurate:

| | | |
|---|---|---|
| Gross MC Charges Processed 11/2001 - 07/2003 | $ 221,949.75 | |
| Gross Visa Charges Processed 11/2001 - 07/2003 | 493,717.65 | |
| | *total Gross Charges* | $ 715,667.40 |
| MC Chargebacks for 11/2001 - 07/2003 | $ (7,167.89) | |
| Visa Chargebacks for 11/2001 - 07/2003 | (17,842.21) | |
| | *total Chargebacks* | (25,010.10) |
| MC Credits for 11/2001 - 07/2003 | $ (4,623.75) | |
| Visa Credits for 11/2001 - 07/2003 | (13,739.99) | |
| | total Credits | (18,363.74) |
| Related Fees: | | |
| Processing Fee (13.5% of Gross) | | (96,615.10) |
| Chargeback Fees | | (17,520.00) |
| Wire Fees | | (2,370.00) |
| Net due H&H for 11/2001 - 07/2003 Period | | $ 555,788.46 |
| Net paid to H&H as of October 1, 2003 | | ($560,133.86) |
| Total owed to H&H as of October 1, 2003 (all reserves liquidated) | | **($4,345.40)** |

I declare that the foregoing is true and correct pursuant to the laws of the State of Rhode Island and the United States.

Executed on January 30, 2006 at Providence, Rhode Island.

Michael G. Perreault

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 30th day of January, 2006.

Notary Public: Claudia L. Flanagan
My commission expires: 9/28/08