**UNITED STATES DISTRICT COURT**
**FOR THE STATE OF RHODE ISLAND**

| | | |
|---|---|---|
| H&H INTERNET, N.V., a Netherlands corporation,<br><br>v.<br><br>P.S.W., INC., a Rhode Island corporation, d/b/a PSW BILLING; and JOHN LOMBARDI, individually, | ) | Case No.: 04-324-L |

**AMENDED CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I served a copy of the **NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY ADJUDICATION; SEPARATE STATEMENT OF UNDISPUTED FACTS AND AFFIDAVITS OF JOHN LOMBARDI AND MICHAEL PERREAULT** on the persons listed below and in the method listed below as follows:

BY FIRST CLASS MAIL ON 1/30/2006 AND VIA HAND DELIVERY ON 1/31/2006 TO:
Mark C. Hadden, Esq.
Law Offices of Mark C. Hadden
68 Kennedy Plaza, Suite 3
Providence, RI 02903

BY FIRST-CLASS MAIL ON 1/30/2006:
Michael Jason Lee, Esq.
Law Offices of Michael Jason Lee
15281 Normandie Avenue
Irvine, CA 92604

Date: February 9, 2006

[signature]
Matthew J. Leonard