UNITED STATES DISTRICT COURT
FOR THE DISRICT OF RHODE ISLAND

H & H INTERNET, N.V., a Netherlands corporation

v. C.A. No. 04-324L

P.S.W., INC., a Rhode Island corporation, d/b/a PSW BILLING;

and JOHN LOMBARDI, individually

**PLAINTIFF H&H's MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff H&H hereby requests an extension of time to 2-21-06 file a memorandum in opposition to defendants' motion for summary judgment. In support of this motion, plaintiff requests additional time to coordinate affidavits and other materials necessary to coordinate with California counsel and the client who resides out of the country. Plaintiff states that the request and time desired is necessary and reasonable.

WHEREFORE, plaintiff requests that its motion for extension be granted.

Plaintiff, by its attorneys,

Mark C. Hadden RI Bar # 3101
Law Office of Mark C. Hadden
68 Kennedy Plaza Suite 3
Providence, RI 02903
401-274-0909 (f) 401-274-5455

CERTIFICATION

I certify that a copy of the within pleading was forwarded to the counsel below, first class mail, postage prepaid, on the 14 day of February, 2006.

Matthew J. Leonard
Salter McGowan Sylvia & Leonard, Inc.
321 South Main St.
The Heritage Building
Providence, RI 02903

David Paul Steiner
David Steiner & Associates, PLC
1925 Century Park East, Suite 2350
Los Angeles, CA 90067