UNITED STATES DISTRICT COURT
FOR THE DISRICT OF RHODE ISLAND

H & H INTERNET, N.V., a Netherlands corporation

v. C.A. No. 04-324L

P.S.W., INC., a Rhode Island corporation, d/b/a PSW BILLING;

and JOHN LOMBARDI, individually

**PLAINTIFF H&H's MOTION FOR EXTENSION OF TIME TO 2-23-06 TO FILE MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff H&H hereby requests an extension of time to 2-23-06 file a memorandum in opposition to defendants' motion for summary judgment. In support of this motion, plaintiff states the following.

Plaintiff's original objection and memo were due on 2-16-06. Because defendant had initially, and rather trivially, asserted that plaintiff must file by 2-14-06, plaintiff filed its objection on 2-14-06.

Plaintiff originally sought an extension until 2-21-06 to file its memorandum and supporting documents – a five-day extension. Now plaintiff requests two more days, a total of one week for an extension. This is clearly reasonable for a case with intricate issues such as this. In addition, plaintiff alerts the court that, with this submission on Thursday, 2-23-06, plaintiff will request under separate cover a request to hold decision in abeyance until defendant affiants Lombardi and Perreault (defendant's accountant) have been deposed.

Plaintiff further indicates that one of its affiants, Marc LePoutre, the former finance manager to whom Lombardi made a number of misrepresentations, is away in Argentina and despite attempts to finalize the affidavit, it has been learned that he is not to return home until March 1. Plaintiff will make its best attempts to finalize by this Thursday, and if not will simply submit to the court this Thursday the remainder of its submission and seek leave to supplement upon LePoutre's return.

Plaintiff notes that discovery does not close until March 7, 2006, and that plaintiff believes that it is entitled to supplement in any event pending completion of the depositions of defendant Lombardi (attempted for confirmation for the period of March 2 through 5), as well as defendant's accountant who has been subpoenaed to appear on March 3. Both of these individuals have submitted affidavits providing information not previously disclosed by defendants in document and interrogatory responses and they

should be subject to deposition before being allowed to rest on their (disputed) affidavits, as permitted by FRCP 56 (e) and (f).

WHEREFORE, plaintiff requests that its motion for extension be granted.

Plaintiff, by its attorneys,

Mark C. Hadden RI Bar# 3101
Law Office of Mark C. Hadden
68 Kennedy Plaza Suite 3
Providence, RI 02903
401-274-0909 (f) 401-274-5455

CERTIFICATION

I certify that a copy of the within pleading was forwarded to the counsel below, first class mail, postage prepaid, on the 21 day of February, 2006.

Matthew J. Leonard
Salter McGowan Sylvia & Leonard, Inc.
321 South Main St.
The Heritage Building
Providence, RI 02903

David Paul Steiner
David Steiner & Associates, PLC
1925 Century Park East, Suite 2350
Los Angeles, CA 90067