**UNITED STATES DISTRICT COURT**
**FOR THE STATE OF RHODE ISLAND**

| | | |
|---|---|---|
| H&H INTERNET, N.V., a Netherlands corporation, | ) | |
| | ) | |
| v. | ) | Case No.: 04-324-L |
| | ) | |
| P.S.W., INC., a Rhode Island corporation, d/b/a PSW BILLING; and JOHN LOMBARDI, individually, | ) | |
| | ) | |

**DEFENDANT'S P.S.W., INC. and JOHN LOMBARDI JOINT NOTICE OF NO OPPOSITION BY PLAINTIFF TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants PSW, Inc. and John Lombardi hereby submit in support of their Motion for Summary Judgment:

Plaintiff has failed to file a timely and valid Objection/Opposition to the Defendants P.S.W., Inc. and John Lombardi Motion for Summary Judgment pursuant to FRCP 56 and 56 (d) in the above-entitled matter which was filed with the court on January 30, 2006. On February 14, 2006 Plaintiff filed a one paragraph "objection," which fails to provide a memorandum containing either argument or evidence. *See* Local Rule 7(b)(1). Therefore, Plaintiff has failed to file an objection.

There are no good grounds for excusing yet another late responsive document, as there is no inadvertence, mistake, carelessness, or intervening circumstances beyond the party's control. Pioneer Investments v. Brunswick, 507 US 380 (1993). Rather, Plaintiff failed to file a proper motion for extension before the date the Objection was due. Clearly nothing was done to prepare for a response when the Motion for Summary Judgment was received on January 31. Plaintiff has basically failed to prosecute this case for over a year and has run out of time.

The Motion for Summary Judgment attacks the claims as plead. There is absolutely nothing that Plaintiff could assert in an affidavit that would save the frivolous tort claims, allow punitive damages, or bind Lombardi personally, *as a matter of law*. Furthermore, Plaintiff is an Internet company, so international communication issues concerning the accounting are nonexistent.

Defendants respectfully respect that the Motion for Summary Judgment should be granted immediately and judgment entered against Plaintiff.

Dated: February 22, 2006

Attorneys for Defendants PSW, Inc. and
John Lombardi

MATTHEW J. LEONARD (#6297)
Salter McGowan Sylvia & Leonard, Inc.
The Heritage Building
321 South Main Street
Providence, Rhode Island 02903
Telephone: (401) 274-0300
Facsimile: (401) 453-0073

DAVID PAUL STEINER, Pro Hoc Vice approved
CA State Bar # 064638
David Steiner & Associates, a PLC
1925 Century Park East, Suite 2350
Los Angeles, CA 90067
Telephone: (310) 557-8422
Facsimile: (310) 556-033

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have, on this date, served a copy of Defendant P.S.W., Inc. and John Lombardi Joint Response To Plaintiff H&H Internet, N.V.'s Motion For Extension of Time To File Memorandum In Opposition To Defendants' Motion for Summary Judgment on the persons listed below by first-class mail, postage prepaid.

Mark C. Hadden, Esq.
Law Offices of Mark C. Hadden
68 Kennedy Plaza, Suite 3
Providence, RI 02903

Michael Jason Lee, Esq.
Law Offices of Michael Jason Lee
15281 Normandie Avenue
Irvine, CA 92604

Date: February 22, 2006