**UNITED STATES DISTRICT COURT**
**FOR THE STATE OF RHODE ISLAND**

| | | |
|---|---|---|
| H&H INTERNET, N.V., a Netherlands: corporation<br><br>v.<br>P.S.W., INC., a Rhode Island corporation, d/b/a PSW BILLING; and JOHN LOMBARDI, individually, | ) | Case No.: 04-324-L |

## DEFENDANT'S MOTION FOR PROTECTIVE ORDER; DECLARATION OF DAVID PAUL STEINER

NOW COMES Defendant PSW, Inc. hereby files its Motion for a Protective Order to prevent the deposition of PSW's attorney David Steiner from proceedings and protecting David Steiner from having to produce documents protected by the attorney-client privilege, attorney work-product protection and or the right of privacy. In support of this Motion, Defendants submit herewith an accompanying Memorandum of Points and Authorities and the Affidavit of David Paul Steiner and any other facts of which this Court may properly take judicial notice, oral argument, and such other evidence as this Court may properly be presented at a subsequent hearing.

DATED: February 28, 2006

Defendants, by their attorneys,

MATTHEW J. LEONARD (RI State Bar # 6297)
Salter McGowan Sylvia & Leonard, Inc.
The Heritage Building
321 South Main Street
Providence, Rhode Island 02903
Telephone: (401) 274-0300
Facsimile: (401) 453-0073

DAVID PAUL STEINER, Pro Hac Vice approved
CA State Bar # 064638
David Steiner & Associates, a PLC
1925 Century Park East, Suite 2350
Los Angeles, CA 90067
Telephone: (310) 557-8422
Facsimile: (310) 556-0336