**UNITED STATES DISTRICT COURT**
**FOR THE STATE OF RHODE ISLAND**

| | |
|---|---|
| H&H INTERNET, N.V., a Netherlands: corporation<br><br>v.<br>P.S.W., INC., a Rhode Island corporation, d/b/a PSW BILLING; and JOHN LOMBARDI, individually, | Case No.: 04-324-L |

## AFFIDAVIT OF DAVID PAUL STEINER

I, David Paul Steiner, do hereby declare:

1. I am an attorney at law, duly licensed to practice by the State of California, admitted *pro hac vice* by this Court, and attorney of record for Defendants herein. I make this declaration of my own personal knowledge and could and would testify thereto under oath.

2. Plaintiff alleges that its collection agent Janet Conway spoke with me via telephone in January 2004. I have absolutely no memory of this conversation and could not testify to what was said therein under oath. However, I do know that while negotiating the ECB Settlement, I believed that the settlement concerned money that may have pertained to Plaintiff. It was not until later that this inaccurate belief was corrected.

3. Defendants' counsel Stephen Ross spent 3.0 hours working on this Motion at a billing rate of $295/hour.

I declare that the foregoing is true and correct pursuant to the laws of the State of Rhode Island and the United States.

Executed this 24th day of February, 2006, at Los Angeles, California.

David Paul Steiner

F:\Data\INCORPOR\PSW\H & H Internet\Motion for protective order 2.2.06.doc