**UNITED STATES DISTRICT COURT**
**FOR THE STATE OF RHODE ISLAND**

| | | |
|---|---|---|
| H&H INTERNET, N.V., a Netherlands corporation, | ) | |
| v. | ) | Case No.: 04-324-L |
| P.S.W., INC., a Rhode Island corporation, d/b/a PSW BILLING; and JOHN LOMBARDI, individually, | ) | |

**DEFENDANTS' OBJECTIONS**
**TO PLAINTIFFS SUBOENA OF MICHAEL J. PERREAULT, CPA**

The Rhode Island Supreme Court has clearly established that the "compelled disclosure of income tax returns is contrary to sound public policy and that, absent a clear showing of a need to invade the privacy of the taxpayer in the interest of justice, such disclosure should not be ordered." Moretta v. Moretta, 213 A.2d 808, 810,100 R.I. 220, 224 (1965).

Michael J. Perreault, CPA ("Perreault") has not been designated as an expert witness.

Perreault has undertaken various calculations and approved the declaration at the behest of counsel, and therefore, such materials are covered by the attorney work-product protection.

Requested Items

1. Protected by Moretta and as attorney-work product.
2. Protected by attorney-work product protection.
3. Protected by Moretta and as attorney-work product. Irrelevant.
4. Irrelevant. Invades deponent's right of privacy.
5. Protected by attorney-work product protection.
6. Protected by attorney-work product protection.

7. Protected as attorney-work product.

DATED: March 4, 2006

MATTHEW J. LEONARD
RI State Bar # 6297
Salter McGowan Sylvia & Leonard, Inc.
The Heritage Building
321 South Main Street
Providence, Rhode Island 02903
Telephone: (401) 274-0300
Facsimile: (401) 453-0073

DAVID PAUL STEINER, Pro Hoc Vice approved
CA State Bar # **064638**
**David Steiner & Associates, a PLC**
**1925 Century Park East, Suite 2350**
**Los Angeles, CA 90067**
Telephone: (310) 557-8422
Facsimile: (310) 556-0336

Attorneys for Defendant PSW, Inc. and
John Lombardi

**UNITED STATES DISTRICT COURT**
**FOR THE STATE OF RHODE ISLAND**

| | | |
|---|---|---|
| H&H INTERNET, N.V., a Netherlands corporation, | ) | |
| v. | ) | Case No.: 04-324-L |
| P.S.W., INC., a Rhode Island corporation, d/b/a PSW BILLING; and JOHN LOMBARDI, individually, | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have, on this date, served a copy of the DEFENDANTS' OBJECTIONS TO PLAINTIFFS SUBOENA OF MICHAEL J. PERREAULT, CPA on the persons listed below by first-class mail, postage prepaid.

Mark C. Hadden, Esq.
Law Offices of Mark C. Hadden
68 Kennedy Plaza, Suite 3
Providence, RI 02903

Michael Jason Lee, Esq.
Law Offices of Michael Jason Lee
15281 Normandie Avenue
Irvine, CA 92604

Date: March 4, 2006