UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

| | |
|---|---|
| H&H INTERNET, N.V., a Netherlands corporation,<br><br>v.<br><br>P.S.W., INC., a Rhode Island corporation, d/b/a PSW BILLING; and JOHN LOMBARDI, individually, | Case No.: 04-324-L |

## SUGGESTION OF RECEIVERSHIP OF P.S.W., INC.

NOTICE IS HEREBY GIVEN that on March 6, 2006, a petition for relief under Rhode Island General Laws Chapter 7-1.2 was filed by Defendant P.S.W., Inc. with the Rhode Island Superior Court Providence County (P.M. No. 06-1311). Thereafter, Allan M. Shine was appointed Temporary Receiver ("Receiver").

PLEASE NOTE that by virtue of Order Appointing A Temporary Receiver ("Order"), a certified copy of said order being attached hereto, any action against PSW, or against any of its property or any property it is holding is restrained as of March 6, 2006. This Order will remain in effect until March 27, 2006 at which time a hearing regarding the appointment of a Permanent Receiver will occur at said Superior Court, and any actions in violation of this Order are punishable by contempt.

DATED: March 7, 2006

MATTHEW J. LEONARD
RI State Bar # 6297
Salter McGowan Sylvia & Leonard, Inc.
The Heritage Building
321 South Main Street
Providence, Rhode Island 02903
Telephone: (401) 274-0300
Facsimile: (401) 453-0073

DAVID PAUL STEINER, Pro Hoc Vice approved
CA State Bar # **064638**
**David Steiner & Associates, a PLC**
**1925 Century Park East, Suite 2350**
**Los Angeles, CA 90067**
Telephone: (310) 557-8422
Facsimile: (310) 556-0336

Attorneys for Defendant PSW, Inc. and
John Lombardi

**UNITED STATES DISTRICT COURT**
**FOR THE STATE OF RHODE ISLAND**

| | | |
|---|---|---|
| H&H INTERNET, N.V., a Netherlands corporation, | ) | |
| v. | ) | Case No.: 04-324-L |
| P.S.W., INC., a Rhode Island corporation, d/b/a PSW BILLING; and JOHN LOMBARDI, individually, | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have, on this date, served a copy of the SUGGESTION OF RECEIVERSHIP OF P.S.W., INC., on the persons listed below by hand.

Mark C. Hadden, Esq.
Law Offices of Mark C. Hadden
68 Kennedy Plaza, Suite 3
Providence, RI 02903

Michael Jason Lee, Esq.
Law Offices of Michael Jason Lee
15281 Normandie Avenue
Irvine, CA 92604

Date: March 7, 2006

[signature]
______________________________

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

John Lombardi

Plaintiff

vs.

P.S.W., Inc.

Defendant

P.M. No. 06-1311

ORDER APPOINTING TEMPORARY RECEIVER

This cause came on to be heard before upon the Plaintiff's Petition for Appointment of a Receiver and, upon consideration thereof, it is hereby

ORDERED, ADJUDGED AND DECREED

1. That Allan M. Shine of Providence, Rhode Island, be and hereby is appointed Temporary Receiver (the "Receiver") of the Defendant.

2. That said Receiver shall, no later than five (5) days from the date hereof, file a bond in the sum of $ 10,000. — with any surety company authorized to do business in the State of Rhode Island as surety thereon, conditioned that the Receiver will well and truly perform the duties of said office and duly account for all monies and property which may come into the Receiver's hands and abide by and perform all things which the Receiver will be directed to do by this Court.

3. That said Receiver is authorized to take possession

and charge of the property and assets of the Defendant, to collect the debts and property belonging to it and to preserve the same until further Order of this Court.

4. That said Receiver is authorized until further Order of this Court, in the Receiver’s discretion and as said Receiver deems appropriate and advisable, to conduct the business of said Defendant, borrow money from time to time, to purchase for cash or upon credit, merchandise, materials and other property, to engage employees and assistants, clerical or otherwise, and do and perform, or cause to be done and performed, all other acts and things as are appropriate in the premises.

5. That, pursuant to and in compliance with Rhode Island Supreme Court Executive Order No. 95-01, this Court finds that the designation of the aforedescribed person for appointment as Receiver herein is warranted and required because of the Receiver's specialized expertise and experience in operating businesses in Receivership and in administrating non-routine Receiverships which involve unusual or complex legal, financial, or business issues.

6. That the commencement, prosecution or continuance of the prosecution, of any action, suit, arbitration proceeding, hearing, any foreclosure, reclamation or repossession proceeding, whether judicial or non-judicial, or any other proceeding, in law or in equity, under any statute, or otherwise, against said Defendant or any of its property, in any Court, agency, tribunal or elsewhere, or before any arbitrator, or otherwise, by any creditor, stockholder, corporation,

partnership or any other person, or the levy of any attachment, execution or other process upon or against any property of said Defendant, or the taking or attempting to take into possession any property in the possession of the Defendant or of which the Defendant has the right to possession, or the cancellation at any time during the Receivership proceeding herein of any insurance policy, lease or other contract with Defendant, by any of such parties aforesaid, other than the Receiver designated as aforesaid, or the termination of telephone, electric, gas or any other utility service to Defendant, by any public utility, without prior approval thereof from this Honorable Court, in which connection said Receiver shall be entitled to prior notice and an opportunity to be heard, are hereby restrained and enjoined until further Order of this Court.

7. That a citation be issued to said Defendant, P.S.W., Inc., returnable to the Superior Court sitting at Providence, Rhode Island, on March 27, 2006, at 9:30 a.m., at which time and place this cause is set down for Hearing on the prayer for the Appointment of a Permanent Receiver; that the Clerk of this Court shall give Notice of the Pendency of the Petition herein by publishing this Order Appointing Temporary Receiver once in The Providence Journal on or before March 14, 2006 2006, so long as the Receiver's Bond has been filed, and the Receiver shall give further notice by mailing, on or before March 24, 2006, 2006, a copy of said Order Appointing Temporary Receiver to each of the Defendant's creditors and stockholders whose address is

STATE OF RHODE ISLAND SUPERIOR COURT
PROVIDENCE, SC. P.M. No.06-1311
John Lombardi, Plaintiff v. P.S.W., Inc., Defendant

known or may become known to the Receiver.

ENTERED as an Order of this Court this 6th day of March, 2006.

ENTER:

Associate Justice
Silverstein J.
3/06/06

BY ORDER:

Deputy Clerk, Superior Court

This Order was prepared by Matthew J. Leonard, Esq., Salter, McGowan, Sylvia & Leonard, Incorporated, 321 South Main Street, Providence, RI 02903, (401) 274-0300.