**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| H&H INTERNET, N.V., a Netherlands corporation, | ) | |
| v. | ) | Case No. 04-324-L |
| P.S.W., INC., a Rhode Island corporation d/b/a PSW BILLING and JOHN LOMBARDI, individually | ) | |

**JOINT MOTION TO WITHDRAW**

Now comes Matthew J. Leonard of Salter McGowan Sylvia & Leonard, Inc. and David Paul Steiner of David Steiner & Associates, a PLC to seek approval of this Court to withdraw as counsel of record to Defendant John Lombardi in the above-referenced action. Mr. Lombardi was notified by both regular mail, postage pre-paid and by certified or registered mail, return receipt requested and advised that he may object to this motion and that any failure or delay in retaining substitute counsel may not be considered grounds for delaying the trial or any other matter scheduled in this case, evidence of said notice is attached hereto as Exhibit A. The address for Mr. Lombardi is 75 Vinton Avenue, Cranston, RI 02920. The following motions and other matters pending in this case, prior to Mr. Lombardi's filing of personal bankruptcy, and co-defendant P.S.W., Inc.'s filing of receivership, are as follows:

- Motion for Summary Judgment with Supporting Memo by P.S.W., Inc., John Lombardi.
- Motion for Extension of Time to File Memo in Support of Objection to Motion for Summary Judgment to 2/21/2006 by H&H Internet.
- Motion for Extension of Time to File Objection to Summary Judgment by H&H Internet.
- Notice of No Opposition by Plaintiff to Defendant's Motion for Summary Judgment by P.S.W., Inc. and John Lombardi.
- Motion for Protective Order by P.S.W., Inc.
- Motion to Compel Answers to Interrogatories by H&H Internet
- Motion to Compel Responses to First Request for Production by H&H Internet

- Motion to Compel Response to Second Request for Production by H&H Internet
- Motion for Protective Order by P.S.W., Inc.
- Motion to Strike Affidavit of Michael Jason Lee, Janet Conway, Michael Conway and Marc LePoutre by P.S.W., Inc. and John Lombardi

In addition, the Movant has filed an affidavit attesting to the fact that the party is not in military service of United States as defined in the Soldiers' and Sailors' Civil Relief Act.

Wherefore, the Movant respectfully requests that an Order in the attached form as Exhibit B be granted and entered.

May 2, 2006

Respectfully submitted,

Matthew J. Leonard, Esq.
Salter McGowan Sylvia & Leonard, Incorporated
321 South Main Street
Providence, RI 02903
(401) 274-0300
(401) 453-0073 fax
**(Bar No. 6297)**

DAVID PAUL STEINER, Pro Hac Vice approved
CA State Bar # 064638
David Steiner & Associates, a PLC
1925 Century Park East, Suite 2350
Los Angeles, CA 90067
Telephone: (310) 557-8422
Facsimile: (310) 556-0336

SALTER MCGOWAN SYLVIA & LEONARD INCORPORATED

ATTORNEYS AT LAW

MATTHEW J. LEONARD

ALSO ADMITTED IN:
MASSACHUSETTS & FLORIDA

E-MAIL ADDRESS:
MLEONARD@SMSLLAW.COM

THE HERITAGE BUILDING
321 SOUTH MAIN STREET
PROVIDENCE, RI 02903
TEL (401) 274-0300
FAX (401) 453-0073
WWW.SMSLLAW.COM

May 2, 2006

**VIA CERTIFIED/RRR & REGULAR MAIL**
Mr. John Lombardi
175 Vinton Avenue
Cranston, RI 02920

**RE: H&H Internet v. PSW, Inc., et.al. C.A. No. 04-324-L**

Dear Mr. Lombardi:

Enclosed please find this firm's Joint Motion to Withdraw from representing you individually, in the above referenced matter. Both this office and the office of David Steiner & Associates, a PLC will be unable to continue to represent you in this matter, as both our firms' legal bills have been outstanding for an extended period of time. Accordingly, I will file the enclosed Joint Motion to Withdraw as your counsel. The U.S. District Court Local Rules require that we advise you that you may object to this motion and that any failure or delay in retaining substitute counsel may not be considered grounds for delaying the trial or any other matter scheduled in this case. Furthermore, the rules require that we notify you by both regular mail, postage pre-paid, and by certified or registered mail, return receipt requested. You should be prepared to appear at the United States District Court at the time and date that the hearing is scheduled and set by the court.

If you have any questions do not hesitate to contact me.

Very truly yours,

Matthew J. Leonard

MJL/saf
Enclosures

F:\Data\INCORPOR\PSW\H & H Internet\Lombardi.ltr.doc

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| H&H INTERNET, N.V., a Netherlands corporation, | ) | |
| v. | ) | Case No. 04-324-L |
| P.S.W., INC., a Rhode Island corporation d/b/a PSW BILLING and JOHN LOMBARDI, individually | ) | |

**AFFIDAVIT AS TO NON-MILITARY SERVICE**

I, Matthew J. Leonard, do hereby declare:

1. I am an attorney at law, duly licensed to practice by the State of Rhode Island, and an attorney of record for Defendants herein. I make this declaration of my own personal knowledge and could and would testify thereto under oath.

2. That the Defendant, John Lombardi is not now, nor at the time of the commencement of this action was, in the Military Service of the United States as defined in Article 1 of the "Soldier's and Sailors' Civil Relief Act of 1940", as amended.

I declare that the foregoing is true and correct pursuant to the laws of the State of Rhode Island and the United States.

Executed this 2 day of May, 2006 at Providence, Rhode Island

Matthew J. Leonard

F:\Data\INCORPOR\PSW\H & H Internet\Affidavit non-military.doc

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| H&H INTERNET, N.V., a Netherlands corporation, | ) | |
| v. | ) | Case No. 04-324-L |
| P.S.W., INC., a Rhode Island corporation d/b/a PSW BILLING and JOHN LOMBARDI, individually | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a true and exact copy of the within **JOINT MOTION TO WITHDRAW** on the person listed below by first class mail, postage prepaid:

Michael Jason Lee, Esq.
Law Offices of Michael Jason Lee
15281 Normandie Avenue
Irvine, CA 92604

David Paul Steiner
David Steiner & Associates, a PLC
1925 Century Park East, Suite 2350
Los Angeles, CA 90067

Mark C. Hadden, Esq.
Law Offices of Mark C. Hadden
68 Kennedy Plaza, Suite 3
Providence, RI 02903

May 2, 2006

F:\Data\INCORPOR\PSW\H & H Internet\Motion to Withdraw.doc