**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| H&H INTERNET, N.V., a Netherlands corporation, | ) | |
| v. | ) | Case No. 04-324-L |
| P.S.W., INC., a Rhode Island corporation d/b/a PSW BILLING and JOHN LOMBARDI, individually | ) | |

**ORDER**

This matter came before the Court upon Matthew J. Leonard of the law firm of Salter McGowan Sylvia & Leonard, Inc. and David Paul Steiner of David Steiner & Associates, a PLC's Joint Motion to Withdraw as counsel of record to Defendant John Lombardi.

Having considered the Motion to Withdraw filed, the Court finds that the Motion to Withdraw is GRANTED.

PER ORDER

Clerk
Dated: ~~May~~ 6/1, 2006

ENTER:

Ronald R. Lagueux
Sr. Judge
6/1/06

F:\Data\INCORPOR\PSW\H & H Internet\Proposed Order.doc